IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAESHAWN DAVIS,<br><br>Defendant. | **4:25CR3093**<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 51). Having reviewed the record in this case, the Court finds as follows:

1. On February 17, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in a black magazine, sixteen (16) 9mm Luger bullets, and a gray Snapsafe metal case. (Filing No. 35).

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on February 27, 2026, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on May 21, 2026. (Filing No. 50).

3. The United States advises the Court that no party has filed a petition regarding the subject Property. (Filing No. 51 at 1). From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted. Accordingly,

**IT IS ORDERED:**

1.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 51) is granted;

2.  All right, title and interest in and to the black magazine, sixteen (16) 9mm Luger bullets, and a gray Snapsafe metal case which was seized from the Defendant, held by any person or entity are forever barred and foreclosed;

3.  The black magazine, sixteen (16) 9mm Luger bullets, and a gray Snapsafe metal case is forfeited to the Government; and

4.  The Government is directed to dispose of the property in accordance with the law.

Dated this 27th day of May, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge